**E-FILED: 12/1/10**
JS - 6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mario Rodriguez,               )<br>            Plaintiff,         )<br>     v.                        )<br>Warner Brothers Studios,       )<br>            Defendant.         )<br>_____) | CASE NO. CV 10-2387-GHK (FMOx)<br><br>JUDGMENT |

    Pursuant to our December 1, 2010 Order granting the Motion for Judgment on the Pleadings brought by Defendant Warner Bros. Studio Facilities, a division of WB Studio Enterprises Inc., erroneously sued as Warner Brothers Studios ("Defendant") and dismissing with prejudice Plaintiff Mario Rodriguez's ("Plaintiff") claims, **IT IS HEREBY ADJUDGED** that Defendant shall have judgment against Plaintiff on all claims.

    **IT IS SO ORDERED**.

DATED: December 1, 2010

_____
GEORGE H. KING
United States District Judge